## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| MICKEY WRIGHT | : | CASE NO: 13-30370-EJC |
| DEBTOR | : | CHAPTER 13 |

### MOTION TO ALLOW PROOF OF CLAIM FILED AFTER BAR DATE

**COMES NOW**, Michon Walker, attorney for debtor, and moves the Court for an Order allowing the proof of claim filed after the bar date on behalf of Titlemax. The creditor holds a lien against a 2000 Jeep Grand Cherokee and has a secured claim in the amount of $1,700.00 with 3.25% interest.

Debtor respectfully requests that the proof of claim filed on behalf of Titlemax is allowed as a secured claim in the amount of $1,700.00 with 3.25% interest.

This 17th day of July, 2014.

                                                            s/Michon Walker

                                                            Michon Walker
                                                           GA Bar No: 732413
                                                           P.O. Box 64
                                                          Sandersville, GA 31082
                                                           (478) 552-0552

COUNTY OF LAURENS

STATE OF GEORGIA

## VERIFICATION

Personally appeared before the undersigned officer __Mickey Wright__ who says under oath that the __Motion to Allow Proof of Claim Filed After Bar Date__ is true.

This __17th__ day of __July__, 2014.

                                                                                   s/Mickey Wright

__s/Michon Walker__
Michon Walker GBN: 732413
Arthur L. Walker GBN: 731175
P.O. Box 64
Sandersville, GA 31082
(478) 552-0552

Sworn to and subscribed before me this 17th day of July, 2014.

__s/Jacqueline W. Frazier__
Notary Public:



JACQUELINE W. FRAZIER
Notary Public
STATE OF GEORGIA
My Comm. Exp. 02/25/17

Signature represented by s/ on this document conformed to original signatures on the paper version of this document maintained by the filing user.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| **MICKEY WRIGHT** | : | **CASE NO: 13-30370-EJC** |
| **DEBTOR** | : | **CHAPTER 13** |

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Motion to Allow Proof of Claim Filed after Bar Date upon the debtor and creditor by depositing copies of the same in the U.S. Mail with sufficient postage affixed to insure proper delivery and to the Chapter 13 Trustee by electronic notice.

Huon Le, Chapter 13 Trustee
notices@chp13aug.org

Mickey Wright
1431 Goins Road
Wrightsville, GA 31096

Titlemax
Attn: Officer/Agent
15 Bull Street
Savannah, GA 31401

This 17th day of July, 2014.

s/ Michon Walker

Michon Walker
GA Bar No: 732413
P.O. Box 64
Sandersville, GA 31082
(478) 552-0552

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| MICKEY WRIGHT | : | CASE NO: 13-30370-EJC |
| DEBTOR | : | CHAPTER 13 |

### ORDER ON MOTION TO ALLOW PROOF OF CLAIM FILED AFTER BAR DATE

The motion of the debtor seeking to allow proof of claim filed after the bar date on behalf of Titlemax in the amount of $1,700.00 with 3.25% interest having been filed with the Court, and no objection to said motion having been filed, it is

**ORDERED** that the proof of claim in the amount of $1,700.00 with 3.25% interest filed on behalf of Titlemax is allowed as a secured claim.

[END OF DOCUMENT]

Order Prepared By:
s/Michon Walker
Michon Walker, Attorney for Debtors
Arthur L. Walker & Associates
GA Bar No: 732413
P.O. Box 64
Sandersville, GA 31082
(478) 552-0552
walkmd@comcast.net